Certificate Number: 05781-PAE-DE-040457765

Bankruptcy Case Number: 22-12077



05781-PAE-DE-040457765

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 30, 2025, at 2:00 o'clock PM PST, Tamara Ali Bey completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   December 30, 2025            By:   /s/Allison M Geving

Name:   Allison M Geving

Title:   President