U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE:        TAMARA ALI BEY              :        CHAPTER 13
                                          :        Debtor
                                          :        BANKRUPTCY NO. 22-12077


**NOTICE OF CHANGE TO DEBTOR'S ADDRESS**


TO THE CLERK:

Kindly amend the debtor's **mailing** address to the following:

**215 Holly Road NW
Atlanta GA  30314**


                                          /s/ Paul H. Young
                                          Paul H. Young, Esquire
                                          Attorney for Debtor
                                          3554 Hulmeville Rd., Ste. 102
                                          Bensalem, PA 19020

Date: April 8, 2026