**Fill in this information to identify the case:**

Debtor 1          **TAMARA  ALI BEY**

Debtor 2
(Spouse, if filing)

Unites States Bankruptcy Court for the:   **Eastern District of Pennsylvania**

(State)

Case Number    **22-12077-DJB**

Official Form 410C13-N

# Trustee's Notice of Disbursements Made

12/25

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

| Part 1: | Mortgage Information |
| --- | --- |

**Name of claim holder:**   COMMUNITY FIRST FUND

**Court claim no.**  (if known): 6

**Last 4 digits** of any number you use to identify the debtor's account:    5   2   8   4

**Property Address:**   6251 WISTER STREET
Number        Street

Philadelphia                               PA    19138
City                                    State   ZIP Code

| Part 2: | Statement of Completion |
| --- | --- |

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

| Part 3: | Arrearages |
| --- | --- |

|  | Amount |
| --- | --- |
| a.  Allowed amount of prepetition arrearage: | $  59,355.02 |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $  59,355.02 |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $  -0- |
| d.  Total amount of arrearages disbursed by the trustee: | $  59,355.02 |

**Part 4:**     **Postpetition Payment**

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.    Total amount of postpetition payments disbursed by the trustee as of date of notice:       $ _____ -0-

b.    The last ongoing mortgage payment disbursed by the trustee was the payment due on
_____. All subsequent ongoing mortgage payments must be made directly by the debtor to
the mortgage claimant.

**Part 5:**     **Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee:       $ _____ -0-

**Part 6:**     **A Response Is Required By Bankruptcy Rule 3002.1(g)(3)**

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✖ /s/ Kenneth E. West _____     Date    04/16/2026
    Signature

Trustee     Kenneth E. West _____
        First Name        Middle Name        Last Name

Address     190 N. Independence Mall West, Suite 701 _____
        Number       Street

        Philadelphia _____ PA    19106 _____
        City                State    ZIP Code

Contact phone    (215) 627-1377 _____     Email   info@ph13trustee.com _____

| Debtor 1 | TAMARA  ALI BEY | | Case Number | 22-12077-DJB | Page 1 |
|---|---|---|---|---|---|
| | Name | | | | |

# History Of Payments

**Part 3 - b (Prepetition Arrears)**

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 6 | COMMUNITY FIRST FUND | Secured Mortgage Paid In Full R/E | 08/15/2023 | 3028043 | Disbursement To Creditor/Principal | 2,797.33 |
| 6 | COMMUNITY FIRST FUND | Secured Mortgage Paid In Full R/E | 09/18/2023 | 3029225 | Disbursement To Creditor/Principal | 2,415.59 |
| 6 | COMMUNITY FIRST FUND | Secured Mortgage Paid In Full R/E | 10/10/2023 | 3030328 | Disbursement To Creditor/Principal | 1,438.85 |
| 6 | COMMUNITY FIRST FUND | Secured Mortgage Paid In Full R/E | 11/09/2023 | 3031232 | Disbursement To Creditor/Principal | 1,890.47 |
| 6 | COMMUNITY FIRST FUND | Secured Mortgage Paid In Full R/E | 12/21/2023 | 4000147 | Disbursement To Creditor/Principal | 2,835.69 |
| 6 | COMMUNITY FIRST FUND | Secured Mortgage Paid In Full R/E | 01/16/2024 | 4001004 | Disbursement To Creditor/Principal | 1,890.47 |
| 6 | COMMUNITY FIRST FUND | Secured Mortgage Paid In Full R/E | 02/12/2024 | 4001918 | Disbursement To Creditor/Principal | 1,890.47 |
| 6 | COMMUNITY FIRST FUND | Secured Mortgage Paid In Full R/E | 03/12/2024 | 4002844 | Disbursement To Creditor/Principal | 1,890.46 |
| 6 | COMMUNITY FIRST FUND | Secured Mortgage Paid In Full R/E | 04/10/2024 | 4003757 | Disbursement To Creditor/Principal | 1,890.47 |
| 6 | COMMUNITY FIRST FUND | Secured Mortgage Paid In Full R/E | 05/13/2024 | 4004665 | Disbursement To Creditor/Principal | 1,890.46 |
| 6 | COMMUNITY FIRST FUND | Secured Mortgage Paid In Full R/E | 06/14/2024 | 4005592 | Disbursement To Creditor/Principal | 2,363.08 |
| 6 | COMMUNITY FIRST FUND | Secured Mortgage Paid In Full R/E | 07/17/2024 | 4006553 | Disbursement To Creditor/Principal | 2,363.08 |
| 6 | COMMUNITY FIRST FUND | Secured Mortgage Paid In Full R/E | 08/14/2024 | 4007494 | Disbursement To Creditor/Principal | 1,890.47 |
| 6 | COMMUNITY FIRST FUND | Secured Mortgage Paid In Full R/E | 09/11/2024 | 4008335 | Disbursement To Creditor/Principal | 1,890.46 |
| 6 | COMMUNITY FIRST FUND | Secured Mortgage Paid In Full R/E | 10/16/2024 | 4009195 | Disbursement To Creditor/Principal | 2,373.58 |
| 6 | COMMUNITY FIRST FUND | Secured Mortgage Paid In Full R/E | 11/13/2024 | 4010133 | Disbursement To Creditor/Principal | 1,911.47 |
| 6 | COMMUNITY FIRST FUND | Secured Mortgage Paid In Full R/E | 12/11/2024 | 4010973 | Disbursement To Creditor/Principal | 1,911.47 |
| 6 | COMMUNITY FIRST FUND | Secured Mortgage Paid In Full R/E | 01/15/2025 | 4011817 | Disbursement To Creditor/Principal | 2,389.33 |
| 6 | COMMUNITY FIRST FUND | Secured Mortgage Paid In Full R/E | 02/12/2025 | 4012691 | Disbursement To Creditor/Principal | 1,433.60 |
| 6 | COMMUNITY FIRST FUND | Secured Mortgage Paid In Full R/E | 03/12/2025 | 4013538 | Disbursement To Creditor/Principal | 2,389.33 |
| 6 | COMMUNITY FIRST FUND | Secured Mortgage Paid In Full R/E | 04/15/2025 | 4014397 | Disbursement To Creditor/Principal | 2,389.34 |
| 6 | COMMUNITY FIRST FUND | Secured Mortgage Paid In Full R/E | 05/14/2025 | 4015287 | Disbursement To Creditor/Principal | 1,911.47 |
| 6 | COMMUNITY FIRST FUND | Secured Mortgage Paid In Full R/E | 06/11/2025 | 4016156 | Disbursement To Creditor/Principal | 1,911.47 |
| 6 | COMMUNITY FIRST FUND | Secured Mortgage Paid In Full R/E | 07/16/2025 | 4016964 | Disbursement To Creditor/Principal | 2,389.34 |
| 6 | COMMUNITY FIRST FUND | Secured Mortgage Paid In Full R/E | 08/13/2025 | 4017829 | Disbursement To Creditor/Principal | 1,433.60 |
| 6 | COMMUNITY FIRST FUND | Secured Mortgage Paid In Full R/E | 09/10/2025 | 4018669 | Disbursement To Creditor/Principal | 1,911.47 |
| 6 | COMMUNITY FIRST FUND | Secured Mortgage Paid In Full R/E | 10/15/2025 | 4019509 | Disbursement To Creditor/Principal | 2,389.34 |
| 6 | COMMUNITY FIRST FUND | Secured Mortgage Paid In Full R/E | 11/19/2025 | 4020409 | Disbursement To Creditor/Principal | 955.73 |
| 6 | COMMUNITY FIRST FUND | Secured Mortgage Paid In Full R/E | 12/10/2025 | 4021324 | Disbursement To Creditor/Principal | 1,433.60 |
| 6 | COMMUNITY FIRST FUND | Secured Mortgage Paid In Full R/E | 02/11/2026 | 4022973 | Disbursement To Creditor/Principal | 477.87 |
| 6 | COMMUNITY FIRST FUND | Secured Mortgage Paid In Full R/E | 03/18/2026 | 4023819 | Disbursement To Creditor/Principal | 405.66 |

Total for Claim Number 6: 59,355.02

**Total for Part 3 - b (Prepetition Arrears):** **59,355.02**