**Fill in this information to identify the case:**

Debtor 1    **TAMARA  ALI BEY**

Debtor 2
(Spouse, if filing)

Unites States Bankruptcy Court for the:  **Eastern District of Pennsylvania**

(State)

Case Number    **22-12077-DJB**

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made

12/25

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

| Part 1: | Mortgage Information |
| --- | --- |

**Name of claim holder:**  FREEDOM MORTGAGE CORPORATION

**Court claim no.** (if known):  7

**Last 4 digits** of any number you use to identify the debtor's account:   9   4   0   1

**Property Address:**    6251 WISTER STREET
Number      Street

Philadelphia                                    PA    19138
City                                         State   ZIP Code

| Part 2: | Statement of Completion |
| --- | --- |

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

| Part 3: | Arrearages |
| --- | --- |

| | Amount |
| --- | --- |
| a.  Allowed amount of prepetition arrearage: | $        3,635.20 |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $        3,635.20 |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $        -0- |
| d.  Total amount of arrearages disbursed by the trustee: | $        3,635.20 |

**Part 4:**    **Postpetition Payment**

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.   Total amount of postpetition payments disbursed by the trustee as of date of notice:         $ _____ -0-

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on
_____. All subsequent ongoing mortgage payments must be made directly by the debtor to
the mortgage claimant.

**Part 5:**    **Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee:         $ _____ -0-

**Part 6:**    **A Response Is Required By Bankruptcy Rule 3002.1(g)(3)**

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✘ /s/ Kenneth E. West _____          Date    04/16/2026 _____
   Signature

Trustee       Kenneth E. West _____
              First Name          Middle Name          Last Name

Address       190 N. Independence Mall West, Suite 701 _____
              Number        Street

              Philadelphia _____    PA    19106 _____
              City                                State    ZIP Code

Contact phone   (215) 627-1377 _____        Email   info@ph13trustee.com _____

| Debtor 1 | TAMARA  ALI BEY | | | | | |
|---|---|---|---|---|---|---|
| | Name | | | Case Number **22-12077-DJB** | | Page 1 |

# History Of Payments

### Part 3 - b (Prepetition Arrears)

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 7 | FREEDOM MORTGAGE CORF | Secured Arrears Mortgage | 08/15/2023 | 3028155 | Disbursement To Creditor/Principal | 171.32 |
| 7 | FREEDOM MORTGAGE CORF | Secured Arrears Mortgage | 09/18/2023 | 3029333 | Disbursement To Creditor/Principal | 147.94 |
| 7 | FREEDOM MORTGAGE CORF | Secured Arrears Mortgage | 10/10/2023 | 3030409 | Disbursement To Creditor/Principal | 88.12 |
| 7 | FREEDOM MORTGAGE CORF | Secured Arrears Mortgage | 11/09/2023 | 3031334 | Disbursement To Creditor/Principal | 115.79 |
| 7 | FREEDOM MORTGAGE CORF | Secured Arrears Mortgage | 12/21/2023 | 4000245 | Disbursement To Creditor/Principal | 173.67 |
| 7 | FREEDOM MORTGAGE CORF | Secured Arrears Mortgage | 01/16/2024 | 4001097 | Disbursement To Creditor/Principal | 115.78 |
| 7 | FREEDOM MORTGAGE CORF | Secured Arrears Mortgage | 02/12/2024 | 4002012 | Disbursement To Creditor/Principal | 115.78 |
| 7 | FREEDOM MORTGAGE CORF | Secured Arrears Mortgage | 03/12/2024 | 4002935 | Disbursement To Creditor/Principal | 115.78 |
| 7 | FREEDOM MORTGAGE CORF | Secured Arrears Mortgage | 04/10/2024 | 4003854 | Disbursement To Creditor/Principal | 115.78 |
| 7 | FREEDOM MORTGAGE CORF | Secured Arrears Mortgage | 05/13/2024 | 4004762 | Disbursement To Creditor/Principal | 115.78 |
| 7 | FREEDOM MORTGAGE CORF | Secured Arrears Mortgage | 06/14/2024 | 4005686 | Disbursement To Creditor/Principal | 144.73 |
| 7 | FREEDOM MORTGAGE CORF | Secured Arrears Mortgage | 07/17/2024 | 4006643 | Disbursement To Creditor/Principal | 144.73 |
| 7 | FREEDOM MORTGAGE CORF | Secured Arrears Mortgage | 08/14/2024 | 4007579 | Disbursement To Creditor/Principal | 115.78 |
| 7 | FREEDOM MORTGAGE CORF | Secured Arrears Mortgage | 09/11/2024 | 4008424 | Disbursement To Creditor/Principal | 115.78 |
| 7 | FREEDOM MORTGAGE CORF | Secured Arrears Mortgage | 10/16/2024 | 4009285 | Disbursement To Creditor/Principal | 145.37 |
| 7 | FREEDOM MORTGAGE CORF | Secured Arrears Mortgage | 11/13/2024 | 4010211 | Disbursement To Creditor/Principal | 117.07 |
| 7 | FREEDOM MORTGAGE CORF | Secured Arrears Mortgage | 12/11/2024 | 4011054 | Disbursement To Creditor/Principal | 117.07 |
| 7 | FREEDOM MORTGAGE CORF | Secured Arrears Mortgage | 01/15/2025 | 4011899 | Disbursement To Creditor/Principal | 146.34 |
| 7 | FREEDOM MORTGAGE CORF | Secured Arrears Mortgage | 02/12/2025 | 4012768 | Disbursement To Creditor/Principal | 87.80 |
| 7 | FREEDOM MORTGAGE CORF | Secured Arrears Mortgage | 03/12/2025 | 4013618 | Disbursement To Creditor/Principal | 146.33 |
| 7 | FREEDOM MORTGAGE CORF | Secured Arrears Mortgage | 04/15/2025 | 4014479 | Disbursement To Creditor/Principal | 146.34 |
| 7 | FREEDOM MORTGAGE CORF | Secured Arrears Mortgage | 05/14/2025 | 4015366 | Disbursement To Creditor/Principal | 117.07 |
| 7 | FREEDOM MORTGAGE CORF | Secured Arrears Mortgage | 06/11/2025 | 4016230 | Disbursement To Creditor/Principal | 117.07 |
| 7 | FREEDOM MORTGAGE CORF | Secured Arrears Mortgage | 07/16/2025 | 4017042 | Disbursement To Creditor/Principal | 146.33 |
| 7 | FREEDOM MORTGAGE CORF | Secured Arrears Mortgage | 08/13/2025 | 4017903 | Disbursement To Creditor/Principal | 87.80 |
| 7 | FREEDOM MORTGAGE CORF | Secured Arrears Mortgage | 09/10/2025 | 4018740 | Disbursement To Creditor/Principal | 117.07 |
| 7 | FREEDOM MORTGAGE CORF | Secured Arrears Mortgage | 10/15/2025 | 4019585 | Disbursement To Creditor/Principal | 146.33 |
| 7 | FREEDOM MORTGAGE CORF | Secured Arrears Mortgage | 11/19/2025 | 4020482 | Disbursement To Creditor/Principal | 58.54 |
| 7 | FREEDOM MORTGAGE CORF | Secured Arrears Mortgage | 12/10/2025 | 4021381 | Disbursement To Creditor/Principal | 87.80 |
| 7 | FREEDOM MORTGAGE CORF | Secured Arrears Mortgage | 02/11/2026 | 4023034 | Disbursement To Creditor/Principal | 29.27 |
| 7 | FREEDOM MORTGAGE CORF | Secured Arrears Mortgage | 03/18/2026 | 4023891 | Disbursement To Creditor/Principal | 24.84 |
| | | | | | Total for Claim Number 7: | 3,635.20 |

**Total for Part 3 - b (Prepetition Arrears):**   **3,635.20**