United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 22-12077-djb

Tamara Ali Bey                                                                     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                    Page 1 of 3

Date Rcvd: Apr 16, 2026                   Form ID: 138OBJ                          Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Tamara Ali Bey, 215 Holly Road NW, Atlanta, GA 30314-2001 |
| 14718980 | + | Brad G. Kubisiak, Deputy Attorney General, Commonwealth of Pennsylvania, The Phoenix Building, 1600 Arch Street, Suite 300, Philadelphia, PA 19103-2016 |
| 14713684 | + | Community First Fund, Saldutti Law Group, 1040 Kings Hwy N., Ste. 100, Cherry Hill, NJ 08034-1925 |
| 14713683 | +++ | Freedom Mortgage Corporation, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-8022 |
| 14713681 | + | Philadelphia Federal Credit Union, Mester & Schwartz, P.C., 1917 Brown Street, Philadelphia, PA 19130-2085 |
| 14711955 | + | Philadelphia Federal Credit Union, c/o William J. Levant, Esquire, Kaplin Stewart Meloff Reiter & Stein, P., 910 Harvest Drive; P.O. Box 3037, Blue Bell, PA 19422-0765 |
| 14920567 | + | Senior Deputy Attorney General, c/o Christopher R. Momjian, The Phoenix Building, 1600 Arch Street, Suite 300 Philadelphia PA 19103-2016 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- |
| smg | Email/Text: megan.harper@phila.gov | Apr 17 2026 00:31:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14714271 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 17 2026 00:35:03 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14730212 | Email/Text: megan.harper@phila.gov | Apr 17 2026 00:31:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14711946 | + Email/PDF: ais.chase.ebn@aisinfo.com | Apr 17 2026 00:35:14 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101-2076 |
| 14711947 | + Email/PDF: ais.chase.ebn@aisinfo.com | Apr 17 2026 00:35:04 | Chase Auto Finance, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 14711949 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 17 2026 00:30:00 | Dept Of Ed/582/nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 14711948 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 17 2026 00:30:00 | Dept Of Ed/582/nelnet, Attn: Bankruptcy Claims/Nelnet, Po Box 82505, Lincoln, NE 68501-2505 |
| 14715424 | Email/Text: mrdiscen@discover.com | Apr 17 2026 00:29:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14711951 | + Email/Text: mrdiscen@discover.com | Apr 17 2026 00:29:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 14711950 | + Email/Text: mrdiscen@discover.com | Apr 17 2026 00:29:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14713682 | + Email/Text: EBN@brockandscott.com | Apr 17 2026 00:29:00 | Freedom Mortgage Corporation, C/O Brock and Scott, PLLC, Attorneys at Law, 8757 Red Oak Blvd., Suite 150, Charlotte, NC 28217-3977 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 16, 2026 | Form ID: 138OBJ | Total Noticed: 30 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14726698 | + | Email/Text: Bankruptcy@Freedommortgage.com | Apr 17 2026 00:30:00 | Freedom Mortgage Corporation, Attn: Bankruptcy Department, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14711953 | + | Email/Text: Bankruptcy@Freedommortgage.com | Apr 17 2026 00:30:00 | Freedom Mortgage Corporation, P.o. Box 50485, Indianapolis, IN 46250-0485 |
| 14711952 | + | Email/Text: Bankruptcy@Freedommortgage.com | Apr 17 2026 00:30:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 14755533 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 17 2026 00:30:00 | Internal Revenue Service, P O BOX 7346, Philadelphia PA 19101-7346 |
| 14713368 | | Email/Text: bankruptcy@kservicing.com | Apr 17 2026 00:29:00 | Kabbage, Inc., 925B Peachtree Street NE, Suite 470, Atlanta, GA 30309 |
| 14713490 | | Email/Text: CollectionsDept@PFCU.COM | Apr 17 2026 00:30:00 | Philadelphia Federal Credit Union, 12800 Townsend Road, Philadelphia, PA 19154 |
| 14711954 | | Email/Text: CollectionsDept@PFCU.COM | Apr 17 2026 00:30:00 | Philadelphia Federal Credit Union, Attn: Bankruptcy, 12800 Townsend Road, Philadelphia, PA 19154 |
| 14713516 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 17 2026 00:30:00 | Pennsylvania Department of Revenue, Bankrupcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 14711956 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 17 2026 00:29:00 | Rushmore Loan Mgmt Srvc, Pob 52708, Irvine, CA 92619-2708 |
| 14711957 | | Email/Text: bankruptcy@self.inc | Apr 17 2026 00:30:00 | Self Financial/lead Ba, 901 E. 6th Street, Austin, TX 78702 |
| 14726964 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 17 2026 00:30:00 | U.S. Department of Education c/o Nelnet, 121 S 13th Street, Lincoln, NE 68508-1911 |
| 14727662 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 17 2026 00:35:06 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14713517 | * | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2026          Signature:          /s/Gustava Winters

District/off: 0313-2

Date Rcvd: Apr 16, 2026

User: admin

Form ID: 138OBJ

Page 3 of 3

Total Noticed: 30

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| CHRISTOPHER R. MOMJIAN | on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue crmomjian@attorneygeneral.gov, jhuiet@attorneygeneral.gov |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARIO J. HANYON | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| MATTHEW K. FISSEL | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| PAUL H. YOUNG | on behalf of Debtor Tamara Ali Bey support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| REBECCA K. MCDOWELL | on behalf of Creditor Community First Fund rmcdowell@slgcollect.com  pwirth@slgcollect.com;anovoa@slgcollect.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM J LEVANT | on behalf of Creditor Philadelphia Federal Credit Union efile.wjl@kaplaw.com  wlevant@gmail.com |

TOTAL: 9

*Form 138OBJ* (6/24)–doc 94 – 91

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                        )

    Tamara Ali Bey             )         Case No. 22–12077–djb

                        )

                        )

    Debtor(s).                )         Chapter: 13

                        )

                        )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: April 16, 2026                                          For The Court

                                                   Mohung Wong
                                                   Clerk of Court